JUDGE BAER

07 CV 10964

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

ROBIN HIGHTOWER,

                                          Plaintiff,        **NOTICE OF REMOVAL**

                    - against -                              Case No. 07 Civ. _____

THE CITY OF NEW YORK; RAYMOND KELLY, as
Police Commissioner; NELDRA ZEIGLER, as Deputy
Commissioner, Office of Equal Employment Opportunity;
TIMOTHY BUGGE, as Captain, Commanding Officer,
42nd Precinct; MICHAEL DeBELLIS, as Captain, Former
Commanding Officer, 42nd Precinct; and WILLIAM
GATO, as Lieutenant, Former Operations Coordinator,
42nd Precinct, each being sued individually and in their
official capacities as employees of defendant CITY OF
NEW YORK.

                                          Defendants.
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

RECEIVED
DEC 03 2007
U.S.D.C. S.D.N.Y.
CASHIERS

TO:    **THE UNITED STATES DISTRICT COURT,
       SOUTHERN DISTRICT OF NEW YORK**

          Defendants City of New York ("NYC"), Raymond Kelly ("Kelly"), Neldra

Zeigler ("Zeigler"), by and through their attorney, Michael A. Cardozo, Corporation Counsel of

the City of New York, respectfully show this Court as follows:

          1.          On or about November 7, 2007, defendants NYC, Kelly and Zeigler

received the Summons with Notice in the above-entitled action, pending in the Supreme Court of

the State of New York, County of Bronx, Index No. 302139-07, naming the City of New York;

Raymond Kelly; Neldra Zeigler; Timothy Bugge; Michael DeBellis,; and William Gato, as

defendants therein, and setting forth the claims for relief upon which the action is based.  A copy

of the Summons with Notice is annexed hereto as Exhibit "A."

          2.          The above-captioned action is a civil action of which the District Court

has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges a claim which arises

244f27f00c3ab4ed

under the laws of the United States, and a violation of plaintiff's federal civil rights by defendants. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441(b) and 1443.

3.      Plaintiff brings this lawsuit alleging, inter alia, violations of the Civil Rights Act of 1866, 42 U.S.C. §1981, and the Civil Rights Act of 1871, 42 U.S. C. §1983. See, Summons with Notice, annexed hereto as Exhibit "A."

4.      City Defendants are unaware of any previous application for the relief requested herein.

5.      Defendant Michael DeBellis consents to removal of the above-captioned action.

6.      Defendant Philip Gatto (incorrectly identified as William Gato in the caption) consents to removal of the above-captioned action.

7.      Upon information and belief, defendant Timothy Bugge has not been served with the Summons with Notice in this action.

**WHEREFORE**, NYC, Kelly, and Zeigler respectfully request that the above-captioned action be removed from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated:     New York, New York
           December 3, 2007

                         MICHAEL A. CARDOZO
                         Corporation Counsel of the
                           City of New York
                         Attorney for New York City Defendants
                         100 Church Street, Room 2-117
                         New York, New York  10007
                         Tel: (212) 788-1165
                         e-mail: cswitzer@law.nyc.gov

                         By:    _____
                                Cindy E. Switzer (CS 1112)
                                Assistant Corporation Counsel


TO:    Eric Saunders, Esq.
       Attorney for Plaintiff
       Jeffrey L. Goldberg, PC
       2001 Marcus Ave., S160
       Lake Success, NY 11042
       Tel: 516-775-9400
       Fax: 516-775-4477
       esanders@jlboldbergpc.com


       James Moschella
       Karasyk & Moschella, LLP
       Attorneys for Michael DeBellis
       225 Broadway, 32nd Floor
       New York, NY 10007
       Tel: 212-233-3800

**Exhibit A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF THE BRONX

---------------------------------------------------------------------:

ROBIN HIGHTOWER

                                      Plaintiff,

       - against –

THE CITY OF NEW YORK; RAYMOND W. KELLY, as
Police Commissioner; NELDRA M. ZEIGLER, as Deputy
Commissioner, Office of Equal Employment Opportunity;
TIMOTHY BUGGE, as Captain, Commanding Officer, 42nd
Precinct; MICHAEL DeBELLIS, as Captain, Former
Commanding Officer, 42nd Precinct; and WILLIAM GATO,
as Lieutenant, Former Operations Coordinator, 42nd
Precinct, each being sued individually and in their official
capacities as employees of defendant CITY OF NEW YORK.

                                 Defendants.

-------------------------------------------------:

**SUMMONS WITH NOTICE**

Index No.: 302139-07

To the above-named defendants:

      You are hereby summonsed and required to serve upon plaintiff's attorney, at his address
stated below, a notice of appearance or demand for a complaint.

      If this summons was personally served upon you in the State of New York, the answer
must be served within twenty days after such service of the summons, excluding the date of
service. If the summons was not personally delivered to you within the State of New York the
answer must be served within thirty days after service of the summons is complete as provided
by law.

      The nature of this action is to recover money damages for violating the Civil Rights Act
of 1866, 42 U.S.C. § 1981, Sexual Harassment, Racial Discrimination, Hostile Work
Environment, and Retaliation; the Civil Rights Act of 1871, 42 U.S.C. § 1983, Sexual
Harassment, Racial Discrimination, Hostile Work Environment, and Retaliation; the Civil Rights
Act of 1871, 42 U.S.C. § 1983, Abuse of Authority; the Civil Rights Act of 1871, 42 U.S.C. §

1983, Intentional Interference with Plaintiff's Right of Access to the Court; New York State Executive Law Section 296, Sexual Harassment, Racial Discrimination, Hostile Work Environment, and Retaliation; New York City Administrative Code Section 8-502, Sexual Harassment, Racial Discrimination, Hostile Work Environment, and Retaliation; Negligent Infliction of Emotional Distress, Defamation, and the Intentional Infliction of Emotional Distress. The relief sought is $250 Million Dollars in damages.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the sum of Two Hundred and Fifty Million Dollars with interest from November 17, 2007, along with costs and disbursements.

The action will be heard in the Supreme Court of the State of New York, in the County of the Bronx. This action is brought in the County of the Bronx because the plaintiff resides in the Bronx and the subject matter of this action primarily occurred within the Forty-Second (42nd) Police Precinct 830 Washington Avenue, Bronx, N.Y. 10456.

Dated:        October 22, 2007
              Lake Success, N.Y.

Eric Sanders
Attorney for Plaintiff
JEFFREY L. GOLDBERG, P.C.
2001 Marcus Avenue, Suite S160
Lake Success, N.Y. 11042
516-775-9400 Business Telephone
516-775-4477 Facsimile Telephone
Email: esanders@jlgoldbergpc.com