UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBIN HIGHTOWER

                    Plaintiff,

-against-

THE CITY OF NEW YORK; RAYMOND W. KELLY, as
Police Commissioner; NELDRA M. ZEIGLER, as Deputy
Commissioner, Office of Equal Employment Opportunity;
TIMOTHY BUGGE, as Captain, Commanding Officer, 42nd
Precinct; MICHAEL DeBELLIS, as Captain, Former
Commanding Officer, 42nd Precinct; and WILLIAM GATO,
as Lieutenant, Former Operations Coordinator, 42nd
Precinct, each being sued individually and in their official
capacities as employees of defendant CITY OF NEW YORK.

                    Defendants.
------------------------------------------------------------------X

07 cv 10964 (HB)

**VOLUNTARY DISMISSAL**
**FRCP 41(a)(i)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

THE PLAINTIFF HEREBY, having appeared before this Court through the attorney of record, after the defendants' made a motion to remove the original action from the Supreme Court of the State of New York, County of the Bronx, whereas no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee; and no person who is not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to all federal claims pursuant to Fed. R. Civ. P. 41(a)(i) as against defendants' THE CITY OF NEW YORK; RAYMOND W. KELLY; NELDRA M. ZEIGLER; TIMOTHY BUGGE; MICHAEL DeBELLIS; and WILLIAM GATO s/b PHILLIP GATO, with prejudice, for said pendant claims to be fully litigated in the Supreme Court of the State of New York, County of the Bronx. *The Clerk is directed to close this matter + remove it from my docket.*

Dated: February 5, 2008
      Lake Success, N.Y.

By: _/s/ Eric Sanders_
Eric Sanders (ES0224)
Jeffrey L. Goldberg, P.C.
Attorneys for Plaintiff
2001 Marcus Avenue, Suite S160
Lake Success, New York 11042
516-775-9400 (Business Phone)
516-775-4477 (Facsimile)
Email: esanders@jlgoldbergpc.com
http://www.jlgoldbergpc.com
http://www.nycivilservicepensions.com

SO ORDERED:

_/s/ Harold Baer, Jr._
Harold Baer, Jr., U.S.D.J.
Date: 2/6/08

2